# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GLOBAL MARKETING SOLUTIONS, L.L.C.

NO.   2019 CW 0822R

VERSUS

BLUE MILL FARMS, INC. ET AL

**MAY 1 2 2020**

---

In Re:   Chevron  U.S.A.  Inc,  Exxon  Mobil  Corporation,  Key Production  Company,  Inc.,  Global  Marketing  Solutions, L.L.C.,  applying  for  supervisory  writs,  18th  Judicial District  Court,  Parish of West Baton Rouge, No.  1035373.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT